# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2821

PIM Brands Inc.　vs.　Haribo of America, Inc.

Calendar Date: June 20, 2023　　　　Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Haribo of America, Inc.

Designation of Arguing Counsel: Michael Cukor

Member of the Bar: ☑ Yes　　☐ No

Representing (check only one):

☐ Petitioner(s)　　☐ Appellant(s)　　☐ Intervenor(s)

☐ Respondent(s)　　☑ Appellee(s)　　☐ Amicus Curiae

Please list the name of the lead party being represented:

Haribo of America, Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)