<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>TUESDAY, JUNE 20, 2023</u>

<u>Coram</u>: CHAGARES, Chief Judge, BIBAS AND MATEY, Circuit Judges

<u>No. 22-1940</u>

MARQUIS WILSON,
Appellant
v.
UNITED STATES OF AMERICA

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| JULIA E. FINE | CATHERINE M. PADHI |
| (15 minutes per Court) | (15 minutes per Court) |

_____

<u>No. 22-1516</u>

UNITED STATES OF AMERICA
v.
PATRICK TITUS,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| MARY K. HEALY | JOHN-ALEX ROMANO |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                TUESDAY, JUNE 20, 2023

Coram: CHAGARES, Chief Judge, BIBAS AND MATEY, Circuit Judges

No. 22-2821

PIM BRANDS, INC.,
Appellant
v.
HARIBO OF AMERICA, INC.

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| JONATHAN Z. KING | MICHAEL CUKOR |
| (15 minutes per Court) | (15 minutes per Court) |