UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2821
_____

PIM BRANDS INC.,
                            Appellant

v.

HARIBO OF AMERICA INC.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:19-cv-14183)
District Judge: Honorable Madeline C. Arleo
_____

Argued: June 20, 2023

Before: CHAGARES, *Chief Judge*, and BIBAS and MATEY, *Circuit Judges*

_____

JUDGMENT

_____

    This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on June 20, 2023.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the judgment of the District Court entered August 31, 2022, is **AFFIRMED**. The District Court shall ensure that the cancellation order applies only to the primary registration. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

                                                                               ATTEST:

                                                                            s/Patricia S. Dodszuweit

Dated: September 7, 2023                                            Clerk