## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 22-2821

PIM BRANDS INC,
        Appellant

    v.

HARIBO OF AMERICA INC

    (D.N.J. No. 2:19-cv-14183)


Present:    CHAGARES, Chief Judge, and BIBAS and MATEY, Circuit Judges

    Submitted are

        (1)    Motion by Appellant for Leave to File Appendix Volumes IV-V under
               seal;

        (2)    Motion by Appellant to File Confidential Brief and Appendix Volume
               I under seal; and

        (3)    Motion by Appellant to Seal Confidential Reply Brief

    in the above-captioned case.

                                    Respectfully,

                                    Clerk

_____ORDER_____
    The foregoing motion is denied without prejudice.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: September 8, 2023
MCW/cc: All Counsel of Record