UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 22-2821

———————

PIM BRANDS INC.,
　　　　　　　　　　　　Appellant

v.

HARIBO OF AMERICA INC.

———————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:19-cv-14183)
District Judge: Honorable Madeline C. Arleo

———————

Argued: June 20, 2023

Before: CHAGARES, *Chief Judge*, and BIBAS and MATEY, *Circuit Judges*

———————

JUDGMENT

———————

　　This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was argued on June 20, 2023.

　　On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the judgment of the District Court entered August 31, 2022, is **AFFIRMED**. The District Court shall ensure that the cancellation order applies only to the primary registration. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: September 7, 2023

Certified as a true copy and issued in lieu
of a formal mandate on September 29, 2023

Teste: *[signature] Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**